Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order denying her motion to proceed in forma pauperis because she failed to comply with a pre-filing injunction imposed by that court in 2006. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. *O'Connor v. United States,* No. 3:14-mc-00004-JRS (E.D.Va. filed June 17, 2014, entered Aug. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Reid petitions this court for a writ of mandamus, seeking an order directing the district court to rule on his 28 U.S.C. § 2254 (2012) petition. Our review of the district court's docket reveals that the court dismissed Reid's § 2254 petition by order entered on September 30, 2014. Accordingly, because Reid has received the relief he seeks, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Jimmy REID, Petitioner.**

No. 14–1830.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Jimmy Reid, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Paul PUZEY, a/k/a Big Pete, Defendant–Appellant.**

No. 14–6978.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.